IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-280-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| TOYON RASHAD JONES, JR., | ) |
| | ) |
| Defendant. | ) |

Toyon Rashad Jones, Jr., appearing pro se, filed motions for a copies of transcripts for his plea hearing, sentencing hearing, and pretrial hearing. See [D.E. 153, 154]. Although a court reporter transcribed the plea and sentencing hearings, the court reporter did not prepare transcripts. No one ordered them.

"An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Jones has failed to show a particularized need for the transcripts. To the extent Jones's motions could be construed as motion to obtain transcripts without charge, the motions [D.E. 153, 154] are DENIED.

SO ORDERED. This 21 day of September, 2022.

JAMES C. DEVER III
United States District Judge